**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____     Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Urgent Care Physicians, Ltd.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4936223** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3329 Express Court**<br>**Appleton, WI 54915**<br>Number, Street, City, State & ZIP Code | **2979 Lennon Lane**<br>**Neenah, WI 54956**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Outagamie**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.ucpclinics.com** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.**  **Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

---

Official Form 201
Case 21-24000-beh   Doc 1   Filed 07/15/21   Page 2 of 72
*Voluntary Petition for Non-Individuals Filing for Bankruptcy*
page 2

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

|   |   |   |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 15, 2021__
               MM / DD / YYYY

**X** __/s/ Bobby B. Yun__                          __Bobby B. Yun__
    Signature of authorized representative of debtor            Printed name

Title    __President__

**18. Signature of attorney**

**X** __/s/ John W. Menn__                   Date   __July 15, 2021__
    Signature of attorney for debtor                         MM / DD / YYYY

**John W. Menn 1073739**
Printed name

**STEINHILBER SWANSON LLP**
Firm name

**107 Church Avenue**
**Oshkosh, WI 54901**
Number, Street, City, State & ZIP Code

Contact phone   __920-235-6690__      Email address   __jmenn@steinhilberswanson.com__

**1073739 WI**
Bar number and State

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

    Urgent Care Physicians, Ltd.,               Case No. 21-_____

                                              Chapter 11

               Debtor.

## DECLARATION UNDER RULE 1116

NOW COMES Bobby B. Yun, who makes the following statement under penalty of perjury:

1. I am the President and 96.02338% shareholder of Urgent Care Physicians, Ltd., the Debtor in this case;

2. Attached to this Declaration are the following:

   a. 3-month cash-flow projections for the period July – September 2021

   b. 2019 Federal Tax Return

3. As for a statement of operations, the Debtor operates an urgent care clinic located at 3329 Express Court, Appleton, Wisconsin 54915 and provides high quality, affordable health care services 365 days a year. These services include routine physicals and occupational exams, diagnosing and treating illness and injuries, and conducting labs and other diagnostic tests. I have signed a more detailed declaration which will be filed in support of other motions to be filed with the Court in this case, further outlining the scope of the Debtor's operations.

4. The current balance sheet printout from our Quick Books system has some inaccuracies – specifically, it is showing various payroll withholding liabilities as still owing, when in fact they were paid in the ordinary course of business. I am reviewing our Quick Books information to determine the error and correct it, and will file an accurate balance sheet as soon as this information is corrected.

5. I make this declaration based on my own knowledge, under penalty of perjury, as required by 11 U.S.C. § 1116(1)(A) and (B).

Dated this July 15, 2021.                          */s/ Bobby B. Yun*
                                                Bobby B. Yun

**UCP 3-month Projection**

| Income | | July | | Aug | | Sept |
|---|---|---|---|---|---|---|
| **Services** | | | | | | |
| **Total Income** | $ | 98,000.00 | $ | 101,000.00 | $ | 105,000.00 |
| | | | | | | |
| **Expenses** | | | | | | |
| | | | | | | |
| **Advertising/Promotional** | $ | 2,000.00 | $ | 2,000.00 | $ | 2,000.00 |
| **Auto** | $ | 400.00 | $ | 400.00 | $ | 400.00 |
| **Bank Charges** | $ | 1,175.60 | $ | 1,175.60 | $ | 1,175.60 |
| **CME** | $ | 1,000.00 | $ | 1,000.00 | $ | 1,000.00 |
| **Consulting Expense** | $ | 1,000.00 | $ | 1,000.00 | $ | 1,000.00 |
| **Data Processing Charges** | $ | 800.00 | $ | 800.00 | $ | 800.00 |
| | | | | | | |
| **Insurance** | | | | | | |
| Dental | $ | 57.61 | $ | 57.61 | $ | 57.61 |
| Insurance - Liability | $ | 815.19 | $ | 815.19 | $ | 815.19 |
| Insurance - Malpractice | $ | 150.67 | $ | 150.67 | $ | 150.67 |
| Medical | $ | 650.00 | $ | 650.00 | $ | 650.00 |
| **Total Insurance** | $ | 1,673.47 | $ | 1,673.47 | $ | 1,673.47 |
| | | | | | | |
| **Loan/Interest Payments (BoA)** | $ | 4,500.00 | $ | 4,500.00 | $ | 4,500.00 |
| **IT** | | | | | | |
| IT | $ | 200.00 | $ | 200.00 | $ | 200.00 |
| EMR | $ | 2,500.00 | $ | 2,500.00 | $ | 2,500.00 |
| **Total IT** | $ | 2,700.00 | $ | 2,700.00 | $ | 2,700.00 |
| | | | | | | |
| **Legal & Professional Fees** | $ | 1,000.00 | $ | 1,000.00 | $ | 1,000.00 |
| | | | | | | |
| **Medical Supplies** | $ | 3,500.00 | $ | 3,500.00 | $ | 3,500.00 |
| **Office Expenses** | | | | | | |
| Office Supplies | $ | 2,000.00 | $ | 2,000.00 | $ | 2,000.00 |
| Staff Appreciation | $ | 500.00 | $ | 500.00 | $ | 500.00 |
| Postage and Delivery | $ | 300.00 | $ | 300.00 | $ | 300.00 |
| **Total Office Expenses** | $ | 2,800.00 | $ | 2,800.00 | $ | 2,800.00 |
| | | | | | | |
| **Payroll Expenses** | | | | | | |
| Company Contributions - Retirement | $ | 759.56 | $ | 796.26 | $ | 847.64 |
| Deductions | $ | 4,053.53 | $ | 4,249.39 | $ | 4,523.60 |
| Taxes | $ | 3,483.06 | $ | 3,651.36 | $ | 3,886.98 |
| Wages | $ | 46,739.69 | $ | 46,739.69 | $ | 46,739.69 |
| Officer Compensation (Dr. Yun) | $ | 5,000.00 | $ | 7,500.00 | $ | 11,000.00 |
| **Total Payroll Expenses** | $ | 60,035.85 | $ | 62,936.71 | $ | 66,997.91 |
| | | | | | | |
| **Radiology Services** | $ | 100.00 | $ | 100.00 | $ | 100.00 |
| **Reimbursements** | $ | 1,000.00 | $ | 1,000.00 | $ | 1,000.00 |
| **Rent or Lease** | $ | 11,000.00 | $ | 11,000.00 | $ | 11,000.00 |
| **Total Repair & Maintenance** | $ | 900.00 | $ | 900.00 | $ | 900.00 |
| **Travel** | $ | 400.00 | $ | 400.00 | $ | 400.00 |
| **Travel Meals** | $ | 200.00 | $ | 200.00 | $ | 200.00 |
| **Utilities** | $ | 1,650.00 | $ | 1,650.00 | $ | 1,650.00 |
| | | | | | | |
| **Total Expenses** | $ | 97,834.91 | $ | 100,735.77 | $ | 104,796.97 |
| | | | | | | |
| **Net Income** | $ | 165.09 | $ | 264.23 | $ | 203.03 |

**2019 S Corporation Return**
prepared for:

**Urgent Care Physicians Ltd**
2979 Lennon Lane
Neenah, WI 54956

**Heling & Associates, CPA'S, LLC**
1977 American Dr
Neenah, WI 54956-1238

| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2019**

For calendar year 2019 or tax year beginning _____ , 2019, ending _____ , 20 ____

| **A** S election effective date | | **D** Employer identification number |
|---|---|---|
| 02/25/2014 | **Name** Urgent Care Physicians Ltd | 5223 |
| **B** Business activity code number (see instructions) | | **E** Date incorporated |
| | TYPE OR PRINT | **Number, street, and room or suite no.** If a P.O. box, see instructions. |
| 621111 | 2979 Lennon Lane | 02/25/2014 |
| **C** Check if Sch. M-3 attached ☐ | **City or town, state or province, country, and ZIP or foreign postal code** Neenah WI 54956 | **F** Total assets (see instructions) $ 190,493. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................. 4

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 1,389,395. | | |
| | **b** Returns and allowances | **1b** 2,640. | | |
| | **c** Balance. Subtract line 1b from line 1a ........................ | | **1c** | 1,386,755. |
| | **2** Cost of goods sold (attach Form 1125-A) ....................... | | **2** | |
| | **3** Gross profit. Subtract line 2 from line 1c ..................... | | **3** | 1,386,755. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) ....... | | **4** | |
| | **5** Other income (loss) (see instructions—attach statement) ......... | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 ............... ► | | **6** | 1,386,755. |
| **Deductions** (see instructions for limitations) | **7** Compensation of officers (see instructions—attach Form 1125-E) .. | | **7** | 219,454. |
| | **8** Salaries and wages (less employment credits) ................. | | **8** | 485,154. |
| | **9** Repairs and maintenance ................................. | | **9** | 18,833. |
| | **10** Bad debts ............................................. | | **10** | |
| | **11** Rents ................................................. | | **11** | 119,319. |
| | **12** Taxes and licenses ..................................... | | **12** | 56,761. |
| | **13** Interest (see instructions) .............................. | | **13** | 34,522. |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 30,050. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** ......... | | **15** | |
| | **16** Advertising ........................................... | | **16** | 4,207. |
| | **17** Pension, profit-sharing, etc., plans ...................... | | **17** | |
| | **18** Employee benefit programs .............................. | | **18** | |
| | **19** Other deductions (attach statement) ..... See Statement ... | | **19** | 352,656. |
| | **20** **Total deductions.** Add lines 7 through 19 ............ ► | | **20** | 1,320,956. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 .. | | **21** | 65,799. |
| **Tax and Payments** | **22a** Excess net passive income or LIFO recapture tax (see instructions) .. | **22a** | | |
| | **b** Tax from Schedule D (Form 1120-S) ....................... | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) .... | | **22c** | |
| | **23a** 2019 estimated tax payments and 2018 overpayment credited to 2019 | **23a** | | |
| | **b** Tax deposited with Form 7004 ........................... | **23b** 0. | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) ....... | **23c** | | |
| | **d** Reserved for future use ................................ | **23d** | | |
| | **e** Add lines 23a through 23d .............................. | | **23e** | 0. |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ► ☐ | | **24** | |
| | **25** Amount owed. If line 23e is smaller than the total of lines 22c and 24, enter amount owed | | **25** | 0. |
| | **26** Overpayment. If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | | **26** | |
| | **27** Enter amount from line 26: Credited to 2020 estimated tax ► _____ Refunded ► | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | ► President Title |
|---|---|---|

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Kurt K Heling CPA | Kurt K Heling CPA | 10/05/2020 | | 517 |
| Firm's name ► Heling & Associates, CPA'S, LLC | | | Firm's EIN ► | |
| Firm's address ► 1977 American Dr Neenah WI 54956-1238 | | | Phone no. (920) 886-2241 | |

For Paperwork Reduction Act Notice, see separate instructions. BAA   REV 06/30/20 PRO   Form **1120-S** (2019)

| Schedule B | Other Information (see instructions) | | | | | | Yes | No |
|---|---|---|---|---|---|---|---|---|

**1** Check accounting method:  **a** ☒ Cash  **b** ☐ Accrual
  **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:
  **a** Business activity ▶ <u>Medical Practice</u>  **b** Product or service ▶ <u>Medical Service</u>

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . | | | | | | | | × |

**4** At the end of the tax year, did the corporation:
  **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | | × |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) Is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

  **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . | | | | | | × |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . | × |
  If "Yes," complete lines (i) and (ii) below.
  **(i)** Total shares of restricted stock . . . . . . ▶ _____
  **(ii)** Total shares of non-restricted stock . . . . . . ▶ _____

  **b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . | × |
  If "Yes," complete lines (i) and (ii) below.
  **(i)** Total shares of stock outstanding at the end of the tax year . . ▶ _____
  **(ii)** Total shares of stock outstanding if all instruments were executed ▶ _____

**6** Has this corporation filed, or is it required to file, **Form 8918,** Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . | × |

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . ▶ ☐
  If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . ▶ $ _____

**9** Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . | × |

**10** Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . | × |
  **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.
  **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense.
  **c** The corporation is a tax shelter and the corporation has business interest expense.
  If "Yes," complete and attach Form 8990.

**11** Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . | × |
  **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.
  **b** The corporation's total assets at the end of the tax year were less than $250,000.
  If "Yes," the corporation is not required to complete Schedules L and M-1.

## Schedule B    Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | × |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . | | × |
| 14a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? . . . . . | × | |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . . | × | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . | | × |
| | If "Yes," enter the amount from Form 8996, line 14 . . . . . . . . . ▶ $ | | |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . | 1 | 65,799. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . | 4 | 2. |
| | 5 | Dividends: **a** Ordinary dividends . . . . . . . . | 5a | |
| | | **b** Qualified dividends . . . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures **(1)** Type ▶ _____ **(2)** Amount ▶ | 12c(2) | |
| | d | Other deductions (see instructions) . . . . Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 13d | |
| | e | Other rental credits (see instructions) Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . | 13f | |
| | g | Other credits (see instructions) Type ▶ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources . . . . . . . . . | 14b | |
| | c | Gross income sourced at shareholder level . . . . . | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Reserved for future use . . . . . . . . . . . | 14d | |
| | e | Foreign branch category . . . . . . . . . . . | 14e | |
| | f | Passive category . . . . . . . . . . . . . | 14f | |
| | g | General category . . . . . . . . . . . . . | 14g | |
| | h | Other (attach statement) . . . . . . . . . . | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense . . . . . . . . . . . . . | 14i | |
| | j | Other . . . . . . . . . . . . . . . . | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Reserved for future use . . . . . . . . . . . | 14k | |
| | l | Foreign branch category . . . . . . . . . . . | 14l | |
| | m | Passive category . . . . . . . . . . . . . | 14m | |
| | n | General category . . . . . . . . . . . . . | 14n | |
| | o | Other (attach statement) . . . . . . . . . . | 14o | |
| | | Other information | | |
| | p | Total foreign taxes (check one): ☐ Paid ☐ Accrued ▶ | 14p | |
| | q | Reduction in taxes available for credit (attach statement) . | 14q | |
| | r | Other foreign tax information (attach statement) | | |

| Schedule K | | Shareholders' Pro Rata Share Items (continued) | | Total amount |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | -3,460. |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | 1,479. |
| | d | Distributions (attach statement if required) (see instructions) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a | Investment income | 17a | 2. |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) ** SEC 199A INFO: SEE STMT A | | |
| **Reconciliation** | 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 65,801. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | 8,020. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | 76,663. | | 1,950. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 392,517. | | 392,517. | |
| b | Less accumulated depreciation | ( 174,041.) | 218,476. | ( 211,994.) | 180,523. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 295,139. | | 190,493. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) Ln 18 St | | 166,904. | | 136,264. |
| 19 | Loans from shareholders | | | | 48,284. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 868,610. | | 691,737. |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | 2,004. | | 2,004. |
| 23 | Additional paid-in capital | | 444,875. | | 444,875. |
| 24 | Retained earnings | | -784,754. | | -730,171. |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( 402,500.) | | ( 402,500.) |
| 27 | Total liabilities and shareholders' equity | | 295,139. | | 190,493. |

REV 06/30/20 PRO                                                   Form **1120-S** (2019)

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . | 54,583. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest $ _____ | | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | | |
| a | Depreciation $ _____37,954.___ | | a | Depreciation $ _____30,050.___ | | 30,050. |
| b | Travel and entertainment $ ___1,479.___ | | 7 | Add lines 5 and 6 . . . . . | | 30,050. |
| | Officer Insurance 1,835. | 41,268. | 8 | Income (loss) (Schedule K, line 18). | | |
| 4 | Add lines 1 through 3 . . . . . | 95,851. | | Subtract line 7 from line 4 . . . . | | 65,801. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account |
|---|---|

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year . . . . . | -123,208. | | | |
| 2 | Ordinary income from page 1, line 21 . . . | 65,799. | | | |
| 3 | Other additions    Interest income . . | 2. | | | |
| 4 | Loss from page 1, line 21 . . . . . . . | ( ) | | | |
| 5 | Other reductions    Meals and entertainment . | ( 1,479.) | | | ( ) |
| 6 | Combine lines 1 through 5 . . . . . . | -58,886. | | | |
| 7 | Distributions . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . . | -58,886. | | | |

Case 21-24000-beh    Doc 1    Filed 07/15/21    Page 13 of 72

**Schedule K-1
(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning  /  / 2019   ending  /  /

□ Final K-1   □ Amended K-1   OMB No. 1545-0123

**Shareholder's Share of Income, Deductions,
Credits, etc.**  ▶ See back of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | |
|---|---|---|
| 1 | Ordinary business income (loss) | 13 Credits |
| | 63,182. | |
| 2 | Net rental real estate income (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | |
| | 2. | |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | 14 Foreign transactions |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured section 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | 15 Alternative minimum tax (AMT) items |
| | | A      -3,322. |
| 11 | Section 179 deduction | 16 Items affecting shareholder basis |
| | | C      1,420. |
| 12 | Other deductions | |
| | | 17 Other information |
| | | A           2. |
| | | V * STMT |
| 18 | □ More than one activity for at-risk purposes* | |
| 19 | □ More than one activity for passive activity purposes* | |

## Shareholder's Share of Income, Deductions, Credits, etc.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
6223

**B** Corporation's name, address, city, state, and ZIP code
Urgent Care Physicians Ltd

2979 Lennon Lane
Neenah WI 54956

**C** IRS Center where corporation filed return
Kansas City, MO  64999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Bobby B Yun, MD

691 S Green Bay Rd Apt 168
Neenah WI 54956

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . . .  96.623398 %

For IRS Use Only

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.    www.irs.gov/Form1120S    REV 06/30/20 PRO    **Schedule K-1 (Form 1120-S) 2019**
BAA

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

2. **Net rental real estate income (loss)** — See the Shareholder's Instructions

3. **Other net rental income (loss)**
| Net income | Schedule E, line 28, column (h) |
|---|---|
| Net loss | See the Shareholder's Instructions |

4. **Interest income** — Form 1040 or 1040-SR, line 2b
5a. **Ordinary dividends** — Form 1040 or 1040-SR, line 3b
5b. **Qualified dividends** — Form 1040 or 1040-SR, line 3a
6. **Royalties** — Schedule E, line 4
7. **Net short-term capital gain (loss)** — Schedule D, line 5
8a. **Net long-term capital gain (loss)** — Schedule D, line 12
8b. **Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
8c. **Unrecaptured section 1250 gain** — See the Shareholder's Instructions
9. **Net section 1231 gain (loss)** — See the Shareholder's Instructions
10. **Other income (loss)**
| Code | |
|---|---|
| A Other portfolio income (loss) | See the Shareholder's Instructions |
| B Involuntary conversions | See the Shareholder's Instructions |
| C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D Mining exploration costs recapture | See Pub. 535 |
| E Reserved for future use | |
| F Section 965(a) inclusion | |
| G Income under subpart F (other than inclusions under sections 951A and 965) | See the Shareholder's Instructions |
| H Other income (loss) | |

11. **Section 179 deduction** — See the Shareholder's Instructions
12. **Other deductions**
| A Cash contributions (60%) | |
|---|---|
| B Cash contributions (30%) | |
| C Noncash contributions (50%) | |
| D Noncash contributions (30%) | |
| E Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| F Capital gain property (20%) | |
| G Contributions (100%) | |
| H Investment interest expense | Form 4952, line 1 |
| I Deductions—royalty income | Schedule E, line 19 |
| J Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K Section 965(c) deduction | See the Shareholder's Instructions |
| L Deductions—portfolio (other) | Schedule A, line 16 |
| M Preproductive period expenses | See the Shareholder's Instructions |
| N Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O Reforestation expense deduction | See the Shareholder's Instructions |
| P through R | Reserved for future use |
| S Other deductions | See the Shareholder's Instructions |

13. **Credits**
| A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
|---|---|
| B Low-income housing credit (other) from pre-2008 buildings | |
| C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| D Low-income housing credit (other) from post-2007 buildings | |
| E Qualified rehabilitation expenditures (rental real estate) | |
| F Other rental real estate credits | |
| G Other rental credits | |
| H Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| I Biofuel producer credit | |
| J Work opportunity credit | |
| K Disabled access credit | See the Shareholder's Instructions |
| L Empowerment zone employment credit | |
| M Credit for increasing research activities | |

| Code | Report on |
|---|---|
| N Credit for employer social security and Medicare taxes | |
| O Backup withholding | See the Shareholder's Instructions |
| P Other credits | |

14. **Foreign transactions**
| A Name of country or U.S. possession | |
|---|---|
| B Gross income from all sources | Form 1116, Part I |
| C Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*
| D Reserved for future use | |
|---|---|
| E Foreign branch category | |
| F Passive category | Form 1116, Part I |
| G General category | |
| H Other | |

*Deductions allocated and apportioned at shareholder level*
| I Interest expense | Form 1116, Part I |
|---|---|
| J Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*
| K Reserved for future use | |
|---|---|
| L Foreign branch category | |
| M Passive category | Form 1116, Part I |
| N General category | |
| O Other | |

*Other information*
| P Total foreign taxes paid | Form 1116, Part II |
|---|---|
| Q Total foreign taxes accrued | Form 1116, Part II |
| R Reduction in taxes available for credit | Form 1116, line 12 |
| S Foreign trading gross receipts | Form 8873 |
| T Extraterritorial income exclusion | Form 8873 |
| U Section 965 information | See the Shareholder's Instructions |
| V Other foreign transactions | See the Shareholder's Instructions |

15. **Alternative minimum tax (AMT) items**
| A Post-1986 depreciation adjustment | |
|---|---|
| B Adjusted gain or loss | |
| C Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D Oil, gas, & geothermal—gross income | |
| E Oil, gas, & geothermal—deductions | |
| F Other AMT items | |

16. **Items affecting shareholder basis**
| A Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
|---|---|
| B Other tax-exempt income | |
| C Nondeductible expenses | See the Shareholder's Instructions |
| D Distributions | |
| E Repayment of loans from shareholders | |

17. **Other information**
| A Investment income | Form 4952, line 4a |
|---|---|
| B Investment expenses | Form 4952, line 5 |
| C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D Basis of energy property | See the Shareholder's Instructions |
| E Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G Recapture of investment credit | See Form 4255 |
| H Recapture of other credits | See the Shareholder's Instructions |
| I Look-back interest—completed long-term contracts | See Form 8697 |
| J Look-back interest—income forecast method | See Form 8866 |
| K Dispositions of property with section 179 deductions | |
| L Recapture of section 179 deduction | See the Shareholder's Instructions |
| M through U | |
| V Section 199A information | |
| W through Z | Reserved for future use |
| AA Excess taxable income | |
| AB Excess business interest income | See the Shareholder's Instructions |
| AC Other information | |

REV 06/30/20 PRO

Case 21-24000-beh    Doc 1    Filed 07/15/21    Page 15 of 72

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: Urgent Care Physicians Ltd | | Corporation's EIN: | 36223 |
|---|---|---|---|
| Shareholder's name: Bobby B Yun, MD | | Shareholder's identifying no: | |

| Shareholder's share of: | | 1120S, Line 21 | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☒ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☒ PTP<br>☐ Aggregated<br>☐ SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | 63,182. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 676,588. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . | | 376,908. | | |
| **Section 199A dividends** . . . . . | | | | |

**Statement A—QBI Pass-through Entity Reporting**

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| Shareholder's share of: | | | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . . . | | | | |
| **Section 199A dividends** . . . . . | | | | |

REV 06/30/20 PRO

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning ___/___/ 2019  ending ___/___/___

**Shareholder's Share of Income, Deductions, Credits, etc.**  ▶ See back of form and separate instructions.

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Part III** **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| Part I | Information About the Corporation |
| --- | --- |

**A** Corporation's employer identification number
___ ___ 223

**B** Corporation's name, address, city, state, and ZIP code
Urgent Care Physicians Ltd

2979 Lennon Lane
Neenah WI 54956

**C** IRS Center where corporation filed return
Kansas City, MO  64999-0013

| Part II | Information About the Shareholder |
| --- | --- |

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
David Beck, MD

153 Lamplighter Dr Apt 7
Kaukauna WI 54130

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . .    1.81287 %

For IRS Use Only

| | | | |
| --- | --- | --- | --- |
| **1** | Ordinary business income (loss) 1,193. | **13** | Credits |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | | |
| **4** | Interest income 0. | | |
| **5a** | Ordinary dividends | | |
| **5b** | Qualified dividends | **14** | Foreign transactions |
| **6** | Royalties | | |
| **7** | Net short-term capital gain (loss) | | |
| **8a** | Net long-term capital gain (loss) | | |
| **8b** | Collectibles (28%) gain (loss) | | |
| **8c** | Unrecaptured section 1250 gain | | |
| **9** | Net section 1231 gain (loss) | | |
| **10** | Other income (loss) | **15** | Alternative minimum tax (AMT) items |
| | | A | -63. |
| **11** | Section 179 deduction | **16** | Items affecting shareholder basis |
| **12** | Other deductions | C | 27. |
| | | **17** | Other information |
| | | A | 0. |
| | | V | * STMT |
| **18** | ☐ More than one activity for at-risk purposes* | | |
| **19** | ☐ More than one activity for passive activity purposes* | | |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.
BAA    www.irs.gov/Form1120S    REV 06/30/20 PRO    Schedule K-1 (Form 1120-S) 2019

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

| | | Report on |
|---|---|---|
| 1. | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (h) |
| | Nonpassive loss | See the Shareholder's Instructions |
| | Nonpassive income | Schedule E, line 28, column (k) |
| 2. | **Net rental real estate income (loss)** | See the Shareholder's Instructions |
| 3. | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (h) |
| | Net loss | See the Shareholder's Instructions |
| 4. | **Interest income** | Form 1040 or 1040-SR, line 2b |
| 5a. | **Ordinary dividends** | Form 1040 or 1040-SR, line 3b |
| 5b. | **Qualified dividends** | Form 1040 or 1040-SR, line 3a |
| 6. | **Royalties** | Schedule E, line 4 |
| 7. | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| 8a. | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| 8b. | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 8c. | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| 9. | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| 10. | **Other income (loss)** | |
| | *Code* | |
| | A Other portfolio income (loss) | See the Shareholder's Instructions |
| | B Involuntary conversions | See the Shareholder's Instructions |
| | C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub. 535 |
| | E Reserved for future use | |
| | F Section 965(a) inclusion | } See the Shareholder's Instructions |
| | G Income under subpart F (other than inclusions under sections 951A and 965) | |
| | H Other income (loss) | |
| 11. | **Section 179 deduction** | See the Shareholder's Instructions |
| 12. | **Other deductions** | |
| | A Cash contributions (60%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | |
| | D Noncash contributions (30%) | |
| | E Capital gain property to a 50% organization (30%) | } See the Shareholder's Instructions |
| | F Capital gain property (20%) | |
| | G Contributions (100%) | |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions—royalty income | Schedule E, line 19 |
| | J Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | K Section 965(c) deduction | See the Shareholder's Instructions |
| | L Deductions—portfolio (other) | Schedule A, line 16 |
| | M Preproductive period expenses | See the Shareholder's Instructions |
| | N Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | O Reforestation expense deduction | See the Shareholder's Instructions |
| | P through R | Reserved for future use |
| | S Other deductions | See the Shareholder's Instructions |
| 13. | **Credits** | |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B Low-income housing credit (other) from pre-2008 buildings | |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | See the Shareholder's Instructions |
| | D Low-income housing credit (other) from post-2007 buildings | |
| | E Qualified rehabilitation expenditures (rental real estate) | |
| | F Other rental real estate credits | |
| | G Other rental credits | |
| | H Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| | I Biofuel producer credit | |
| | J Work opportunity credit | |
| | K Disabled access credit | See the Shareholder's Instructions |
| | L Empowerment zone employment credit | |
| | M Credit for increasing research activities | |

| | | Report on |
|---|---|---|
| | *Code* | |
| | N Credit for employer social security and Medicare taxes | |
| | O Backup withholding | } See the Shareholder's Instructions |
| | P Other credits | |
| 14. | **Foreign transactions** | |
| | A Name of country or U.S. possession | |
| | B Gross income from all sources | } Form 1116, Part I |
| | C Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | D Reserved for future use | |
| | E Foreign branch category | |
| | F Passive category | } Form 1116, Part I |
| | G General category | |
| | H Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | I Interest expense | Form 1116, Part I |
| | J Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | K Reserved for future use | |
| | L Foreign branch category | |
| | M Passive category | } Form 1116, Part I |
| | N General category | |
| | O Other | |
| | *Other information* | |
| | P Total foreign taxes paid | Form 1116, Part II |
| | Q Total foreign taxes accrued | Form 1116, Part II |
| | R Reduction in taxes available for credit | Form 1116, line 12 |
| | S Foreign trading gross receipts | Form 8873 |
| | T Extraterritorial income exclusion | Form 8873 |
| | U Section 965 information | See the Shareholder's Instructions |
| | V Other foreign transactions | See the Shareholder's Instructions |
| 15. | **Alternative minimum tax (AMT) items** | |
| | A Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | |
| | C Depletion (other than oil & gas) | See the Shareholder's Instructions |
| | D Oil, gas, & geothermal—gross income | and the Instructions for Form 6251 |
| | E Oil, gas, & geothermal—deductions | |
| | F Other AMT items | |
| 16. | **Items affecting shareholder basis** | |
| | A Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
| | B Other tax-exempt income | |
| | C Nondeductible expenses | See the Shareholder's Instructions |
| | D Distributions | |
| | E Repayment of loans from shareholders | |
| 17. | **Other information** | |
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | D Basis of energy property | See the Shareholder's Instructions |
| | E Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | F Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | G Recapture of investment credit | See Form 4255 |
| | H Recapture of other credits | See the Shareholder's Instructions |
| | I Look-back interest—completed long-term contracts | See Form 8697 |
| | J Look-back interest—income forecast method | See Form 8866 |
| | K Dispositions of property with section 179 deductions | |
| | L Recapture of section 179 deduction | See the Shareholder's Instructions |
| | M through U | |
| | V Section 199A information | |
| | W through Z | Reserved for future use |
| | AA Excess taxable income | |
| | AB Excess business interest income | } See the Shareholder's Instructions |
| | AC Other information | |

REV 06/30/20 PRO

Case 21-24000-beh　　Doc 1　　Filed 07/15/21　　Page 18 of 72

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: Urgent Care Physicians Ltd | | | Corporation's EIN: | .223 |
|---|---|---|---|---|
| Shareholder's name: David Beck, MD | | | Shareholder's identifying no: | |

| Shareholder's share of: | | 1120S, Line 21 | | |
|---|---|---|---|---|
| | | ☐PTP<br>☐Aggregated<br>☒SSTB | ☐PTP<br>☐Aggregated<br>☐SSTB | ☑PTP<br>☐Aggregated<br>☐SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | 1,193. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 12,774. | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . | | 7,116. | | |
| Section 199A dividends . . . . . | | | | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | | Corporation's EIN: | |
|---|---|---|---|---|
| Shareholder's name: | | | Shareholder's identifying no: | |

| Shareholder's share of: | | | | |
|---|---|---|---|---|
| | | ☐PTP<br>☐Aggregated<br>☐SSTB | ☐PTP<br>☐Aggregated<br>☐SSTB | ☐PTP<br>☐Aggregated<br>☐SSTB |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| Section 199A dividends . . . . . | | | | |

REV 06/30/20 PRO

Case 21-24000-beh    Doc 1    Filed 07/15/21    Page 19 of 72

| Schedule K-1 (Form 1120-S) | **2019** | | |
|---|---|---|---|

OMB No. 1545-0123

☐ Final K-1    ☐ Amended K-1

Department of the Treasury
Internal Revenue Service

For calendar year 2019, or tax year

beginning    /    / 2019    ending    /    /

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See back of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)  1,270. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income  0. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items  A  -67. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis  C  29. |
| 12 | Other deductions | | |
| | | 17 | Other information  A  0.  V  * STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |

### Part I  Information About the Corporation

**A** Corporation's employer identification number
.  6223

**B** Corporation's name, address, city, state, and ZIP code
Urgent Care Physicians Ltd

2979 Lennon Lane
Neenah WI 54956

**C** IRS Center where corporation filed return
Kansas City, MO  64999-0013

### Part II  Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Mary Zack, RN

545 Russell Dr
Ripon WI 54971

**F** Shareholder's percentage of stock ownership for tax year    1.92983  %

For IRS Use Only

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.    www.irs.gov/Form1120S    REV 06/30/20 PRO    Schedule K-1 (Form 1120-S) 2019
BAA

CLIENT COPY

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

**1. Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

|  | Report on |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (h) |
| Nonpassive loss | See the Shareholder's Instructions |
| Nonpassive income | Schedule E, line 28, column (k) |

**2. Net rental real estate income (loss)** — See the Shareholder's Instructions

**3. Other net rental income (loss)**
| Net income | Schedule E, line 28, column (h) |
| Net loss | See the Shareholder's Instructions |

**4. Interest income** — Form 1040 or 1040-SR, line 2b

**5a. Ordinary dividends** — Form 1040 or 1040-SR, line 3b

**5b. Qualified dividends** — Form 1040 or 1040-SR, line 3a

**6. Royalties** — Schedule E, line 4

**7. Net short-term capital gain (loss)** — Schedule D, line 5

**8a. Net long-term capital gain (loss)** — Schedule D, line 12

**8b. Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D instructions)

**8c. Unrecaptured section 1250 gain** — See the Shareholder's Instructions

**9. Net section 1231 gain (loss)** — See the Shareholder's Instructions

**10. Other income (loss)**
Code
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Reserved for future use | |
| F | Section 965(a) inclusion | |
| G | Income under subpart F (other than inclusions under sections 951A and 965) | See the Shareholder's Instructions |
| H | Other income (loss) | |

**11. Section 179 deduction** — See the Shareholder's Instructions

**12. Other deductions**
| A | Cash contributions (60%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Shareholder's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions—royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Section 965(c) deduction | See the Shareholder's Instructions |
| L | Deductions—portfolio (other) | Schedule A, line 16 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P through R | | Reserved for future use |
| S | Other deductions | See the Shareholder's Instructions |

**13. Credits**
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Shareholder's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |

| Code | | Report on |
|---|---|---|
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | See the Shareholder's Instructions |
| P | Other credits | |

**14. Foreign transactions**
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*
| D | Reserved for future use | |
| E | Foreign branch category | |
| F | Passive category | Form 1116, Part I |
| G | General category | |
| H | Other | |

*Deductions allocated and apportioned at shareholder level*
| I | Interest expense | Form 1116, Part I |
| J | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*
| K | Reserved for future use | |
| L | Foreign branch category | |
| M | Passive category | Form 1116, Part I |
| N | General category | |
| O | Other | |

*Other information*
| P | Total foreign taxes paid | Form 1116, Part II |
| Q | Total foreign taxes accrued | Form 1116, Part II |
| R | Reduction in taxes available for credit | Form 1116, line 12 |
| S | Foreign trading gross receipts | Form 8873 |
| T | Extraterritorial income exclusion | Form 8873 |
| U | Section 965 information | See the Shareholder's Instructions |
| V | Other foreign transactions | See the Shareholder's Instructions |

**15. Alternative minimum tax (AMT) items**
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal—gross income | |
| E | Oil, gas, & geothermal—deductions | |
| F | Other AMT items | |

**16. Items affecting shareholder basis**
| A | Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

**17. Other information**
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest—completed long-term contracts | See Form 8697 |
| J | Look-back interest—income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | See the Shareholder's Instructions |
| M through U | | |
| V | Section 199A information | |
| W through Z | | Reserved for future use |
| AA | Excess taxable income | |
| AB | Excess business interest income | See the Shareholder's Instructions |
| AC | Other information | |

Case 21-24000-beh    Doc 1    Filed 07/15/21    Page 21 of 72

## Statement A—QBI Pass-through Entity Reporting

Page 1

| Corporation's name: Urgent Care Physicians Ltd | | | Corporation's EIN: | 5223 |
|---|---|---|---|---|
| Shareholder's name: Mary Zack, RN | | | Shareholder's identifying no: | |

| Shareholder's share of: | | 1120S, Line 21 | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☒ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |

| QBI or qualified PTP items subject to shareholder-specific determinations: | | | | |
|---|---|---|---|---|
| | Ordinary business income (loss) . . . . . . . . . . . . . . | 1,270. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . | | 13,598. | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . | | 7,575. | | |
| Section 199A dividends . . . . . | | | | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | | Corporation's EIN: | |
|---|---|---|---|---|
| Shareholder's name: | | | Shareholder's identifying no: | |

| Shareholder's share of: | | | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |

| QBI or qualified PTP items subject to shareholder-specific determinations: | | | | |
|---|---|---|---|---|
| | Ordinary business income (loss) . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . | | | | |
| Section 199A dividends . . . . . | | | | |

REV 06/30/20 PRO

Case 21-24000-beh    Doc 1    Filed 07/15/21    Page 22 of 72

**Schedule K-1**
**(Form 1120-S)**
Department of the Treasury
Internal Revenue Service

**2019**

For calendar year 2019, or tax year

beginning / / 2019 ending / /

OMB No. 1545-0123

☐ Final K-1      ☐ Amended K-1

**Shareholder's Share of Income, Deductions, Credits, etc.**

▶ See back of form and separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
5223

**B** Corporation's name, address, city, state, and ZIP code
Urgent Care Physicians Ltd

2979 Lennon Lane
Neenah WI 54956

**C** IRS Center where corporation filed return
Kansas City, MO 64999-0013

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Reynaldo F Guzman, RN

4717 N Devonshire Dr
Appleton WI 54911

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . 0.23392 %

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 13 | Credits |
| | 154. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| | 0. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | -8. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| | | C | 3. |
| 12 | Other deductions | | |
| | | 17 | Other information |
| | | A | 0. |
| | | V | * STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.
BAA

www.irs.gov/Form1120S

REV 06/30/20 PRO

**Schedule K-1 (Form 1120-S) 2019**

This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040 or 1040-SR. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| 1. | **Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows: | |
| | Passive loss | See the Shareholder's Instructions |
| | Passive income | Schedule E, line 28, column (h) |
| | Nonpassive loss | See the Shareholder's Instructions |
| | Nonpassive income | Schedule E, line 28, column (k) |
| 2. | **Net rental real estate income (loss)** | See the Shareholder's Instructions |
| 3. | **Other net rental income (loss)** | |
| | Net income | Schedule E, line 28, column (h) |
| | Net loss | See the Shareholder's Instructions |
| 4. | **Interest income** | Form 1040 or 1040-SR, line 2b |
| 5a. | **Ordinary dividends** | Form 1040 or 1040-SR, line 3b |
| 5b. | **Qualified dividends** | Form 1040 or 1040-SR, line 3a |
| 6. | **Royalties** | Schedule E, line 4 |
| 7. | **Net short-term capital gain (loss)** | Schedule D, line 5 |
| 8a. | **Net long-term capital gain (loss)** | Schedule D, line 12 |
| 8b. | **Collectibles (28%) gain (loss)** | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 8c. | **Unrecaptured section 1250 gain** | See the Shareholder's Instructions |
| 9. | **Net section 1231 gain (loss)** | See the Shareholder's Instructions |
| 10. | **Other income (loss)** | |
| | *Code* | |
| | A Other portfolio income (loss) | See the Shareholder's Instructions |
| | B Involuntary conversions | See the Shareholder's Instructions |
| | C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub. 535 |
| | E Reserved for future use | |
| | F Section 965(a) inclusion | |
| | G Income under subpart F (other than inclusions under sections 951A and 965) | See the Shareholder's Instructions |
| | H Other income (loss) | |
| 11. | **Section 179 deduction** | See the Shareholder's Instructions |
| 12. | **Other deductions** | |
| | A Cash contributions (60%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | |
| | D Noncash contributions (30%) | |
| | E Capital gain property to a 50% organization (30%) | See the Shareholder's Instructions |
| | F Capital gain property (20%) | |
| | G Contributions (100%) | |
| | H Investment interest expense | Form 4952, line 1 |
| | I Deductions—royalty income | Schedule E, line 19 |
| | J Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| | K Section 965(c) deduction | See the Shareholder's Instructions |
| | L Deductions—portfolio (other) | Schedule A, line 16 |
| | M Preproductive period expenses | See the Shareholder's Instructions |
| | N Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| | O Reforestation expense deduction | See the Shareholder's Instructions |
| | P through R | Reserved for future use |
| | S Other deductions | See the Shareholder's Instructions |
| 13. | **Credits** | |
| | A Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| | B Low-income housing credit (other) from pre-2008 buildings | |
| | C Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| | D Low-income housing credit (other) from post-2007 buildings | See the Shareholder's Instructions |
| | E Qualified rehabilitation expenditures (rental real estate) | |
| | F Other rental real estate credits | |
| | G Other rental credits | |
| | H Undistributed capital gains credit | Schedule 3 (Form 1040 or 1040-SR), line 13, box a |
| | I Biofuel producer credit | |
| | J Work opportunity credit | |
| | K Disabled access credit | See the Shareholder's Instructions |
| | L Empowerment zone employment credit | |
| | M Credit for increasing research activities | |

| | | Report on |
|---|---|---|
| | *Code* | |
| | N Credit for employer social security and Medicare taxes | |
| | O Backup withholding | See the Shareholder's Instructions |
| | P Other credits | |
| 14. | **Foreign transactions** | |
| | A Name of country or U.S. possession | |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at shareholder level | |
| | *Foreign gross income sourced at corporate level* | |
| | D Reserved for future use | |
| | E Foreign branch category | |
| | F Passive category | Form 1116, Part I |
| | G General category | |
| | H Other | |
| | *Deductions allocated and apportioned at shareholder level* | |
| | I Interest expense | Form 1116, Part I |
| | J Other | Form 1116, Part I |
| | *Deductions allocated and apportioned at corporate level to foreign source income* | |
| | K Reserved for future use | |
| | L Foreign branch category | |
| | M Passive category | Form 1116, Part I |
| | N General category | |
| | O Other | |
| | *Other information* | |
| | P Total foreign taxes paid | Form 1116, Part II |
| | Q Total foreign taxes accrued | Form 1116, Part II |
| | R Reduction in taxes available for credit | Form 1116, line 12 |
| | S Foreign trading gross receipts | Form 8873 |
| | T Extraterritorial income exclusion | Form 8873 |
| | U Section 965 information | See the Shareholder's Instructions |
| | V Other foreign transactions | See the Shareholder's Instructions |
| 15. | **Alternative minimum tax (AMT) items** | |
| | A Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | |
| | C Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| | D Oil, gas, & geothermal—gross income | |
| | E Oil, gas, & geothermal—deductions | |
| | F Other AMT items | |
| 16. | **Items affecting shareholder basis** | |
| | A Tax-exempt interest income | Form 1040 or 1040-SR, line 2a |
| | B Other tax-exempt income | |
| | C Nondeductible expenses | See the Shareholder's Instructions |
| | D Distributions | |
| | E Repayment of loans from shareholders | |
| 17. | **Other information** | |
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| | D Basis of energy property | See the Shareholder's Instructions |
| | E Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | F Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | G Recapture of investment credit | See Form 4255 |
| | H Recapture of other credits | See the Shareholder's Instructions |
| | I Look-back interest—completed long-term contracts | See Form 8697 |
| | J Look-back interest—income forecast method | See Form 8866 |
| | K Dispositions of property with section 179 deductions | |
| | L Recapture of section 179 deduction | See the Shareholder's Instructions |
| | M through U | |
| | V Section 199A information | |
| | W through Z | Reserved for future use |
| | AA Excess taxable income | |
| | AB Excess business interest income | See the Shareholder's Instructions |
| | AC Other information | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: Urgent Care Physicians Ltd | | Corporation's EIN: | 5223 |
|---|---|---|---|
| Shareholder's name: Reynaldo F Guzman, RN | | Shareholder's identifying no: | |

| Shareholder's share of: | | 1120S, Line 21 | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☒ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☑ PTP<br>☐ Aggregated<br>☐ SSTB |
| QBI or qualified PTP items subject to shareholder-specific determinations: | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . . | 154. | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,648. | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . . . | | 918. | | |
| Section 199A dividends. . . . . | | | | |

## Statement A—QBI Pass-through Entity Reporting

| Corporation's name: | | Corporation's EIN: | |
|---|---|---|---|
| Shareholder's name: | | Shareholder's identifying no: | |

| Shareholder's share of: | | | | |
|---|---|---|---|---|
| | | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
| QBI or qualified PTP items subject to shareholder-specific determinations: | | | | |
| | Ordinary business income (loss) . . . . . . . . . . . . . . | | | |
| | Rental income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Royalty income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . | | | |
| | Other income (loss) . . . . . . . . . . . . . . . . . . . . | | | |
| | Section 179 deduction . . . . . . . . . . . . . . . . . . . | | | |
| | Charitable contributions . . . . . . . . . . . . . . . . . . | | | |
| | Other deductions . . . . . . . . . . . . . . . . . . . . . | | | |
| W-2 wages. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| UBIA of qualified property . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| Section 199A dividends. . . . . | | | | |

REV 08/30/20 PRO

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| Urgent Care Physicians Ltd | 5223 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | **(d) Common** | **(e) Preferred** | |
| 1 Bobby B Yun | | 100% | 82.1% | % | 219,454. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . | **2** | 219,454. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . | **4** | 219,454. |

For Paperwork Reduction Act Notice, see separate instructions. **BAA**

REV 06/30/20 PRO    Form **1125-E** (Rev. 10-2016)

**Form 7004**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

**Print or Type**

| Name | Identifying number |
|---|---|
| Urgent Care Physicians Ltd | 6223 |

Number, street, and room or suite no. (If P.O. box, see instructions.)
2979 Lennon Lane

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
Neenah WI 54956

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I — Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1  Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . . . `2 5`

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II — All Filers Must Complete This Part

2  If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

3  If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4  If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . ▶ ☐

5a  The application is for calendar year 2019, or tax year beginning _____ , 20 ____ , and ending _____ , 20 ____

 b  **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions—attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax . . . . . . . . . . . . . . . | **6** | 0 |
| 7 | **Total** payments and credits. See instructions . . . . . . . . | **7** | 0 |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . | **8** | 0 |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**        Form **7004** (Rev. 12-2018)

BAA        REV 06/30/20 PRO

Form **8879-S**

**IRS e-file Signature Authorization for Form 1120-S**

► ERO must obtain and retain completed Form 8879-S.
► Go to *www.irs.gov/Form8879S* for the latest information.

OMB No. 1545-0123

2019

Department of the Treasury
Internal Revenue Service
For calendar year 2019, or tax year beginning _____ , 2019, and ending _____ , 20 _____

| Name of corporation | Employer identification number |
|---|---|
| Urgent Care Physicians Ltd | 6223 |

## Part I — Tax Return Information (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120-S, line 1c) . . . . . . . . | 1 | 1,386,755. |
| 2 | Gross profit (Form 1120-S, line 3) . . . . . . . . . . . . . . . . . . . . . | 2 | 1,386,755. |
| 3 | Ordinary business income (loss) (Form 1120-S, line 21) . . . . . . . . . . . . . | 3 | 65,799. |
| 4 | Net rental real estate income (loss) (Form 1120-S, Schedule K, line 2) . . . . . . . . | 4 | |
| 5 | Income (loss) reconciliation (Form 1120-S, Schedule K, line 18) . . . . . . . . . . | 5 | 65,801. |

## Part II — Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return)

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN ☐☐☐☐☐ as my signature
   ERO firm name                                        Don't enter all zeros

on the corporation's 2019 electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ► _____ Date ► _____ Title ► President

## Part III — Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.  | _____ | 5 |
                                                                                                          Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ► _____ Date ► 10/05/2020

**ERO Must Retain This Form — See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.  Cat. No. 37252K  Form **8879-S** (2019)

BAA                                  REV 06/30/20 PRO

CLIENT COPY

Corporation's Name: <u>Urgent Care Physicians Ltd</u>  Corporation's EIN: _____ ;223

| | 1120S, Line 21 | | |
|---|---|---|---|
| | ☐ PTP <br> ☐ Aggregated <br> ☒ SSTB | ☐ PTP <br> ☐ Aggregated <br> ☐ SSTB | ☐ PTP <br> ☐ Aggregated <br> ☐ SSTB |

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) . . | 65,799. | | |
| Rental income (loss) . . . . . . | _____ | | |
| Royalty income (loss) . . . . . . | _____ | | |
| Section 1231 gain (loss) . . . . | _____ | | |
| Other income (loss) . . . . . . . | _____ | | |
| Section 179 deduction . . . . . | _____ | | |
| Charitable contributions . . . . . | _____ | | |
| Other deductions . . . . . . . . | _____ | | |
| W-2 wages . . . . . . . . . . . | 704,608. | | |
| UBIA of qualified property . . . . | 392,517. | | |

Section 199A dividends . . . . _____

---

Corporation's Name: _____  Corporation's EIN: _____

| | | | |
|---|---|---|---|
| | ☐ PTP <br> ☐ Aggregated <br> ☐ SSTB | ☐ PTP <br> ☐ Aggregated <br> ☐ SSTB | ☐ PTP <br> ☐ Aggregated <br> ☐ SSTB |

Shareholder's share of:
QBI or qualified PTP items subject to shareholder-specific determinations:

| | | | |
|---|---|---|---|
| Ordinary business inc (loss) . . | _____ | _____ | _____ |
| Rental income (loss) . . . . . . | _____ | _____ | _____ |
| Royalty income (loss) . . . . . . | _____ | _____ | _____ |
| Section 1231 gain (loss) . . . . | _____ | _____ | _____ |
| Other income (loss) . . . . . . . | _____ | _____ | _____ |
| Section 179 deduction . . . . . | _____ | _____ | _____ |
| Charitable contributions . . . . . | _____ | _____ | _____ |
| Other deductions . . . . . . . . | _____ | _____ | _____ |
| W-2 wages . . . . . . . . . . . | _____ | _____ | _____ |
| UBIA of qualified property . . . . | _____ | _____ | _____ |

Section 199A dividends . . . . . _____

spsw9907.SCR  12/14/19

| Name | Employer ID Number |
|---|---|
| Urgent Care Physicians Ltd | 6223 |

| **Other Current Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| Credit Card Payable | 52,897. | 51,033. |
| Cash overdraft | 7,117. | 0. |
| Payroll Liabilities | 30,183. | 8,933. |
| Loan Payable BMO Harris Bank | 2,226. | 1,817. |
| Loan Payable to EXL | 74,481. | 74,481. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 18** ▸ | 166,904. | 136,264. |

| **Other Liabilities:** | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 21** ▸ | | |

| **Adjustments to Shareholders' Equity:** | Beginning of tax year | End of tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total to Form 1120S, Schedule L, line 25** ▸ | | |

CLIENT COPY

| Corporation's name | Corporation's EIN |
|---|---|
| Urgent Care Physicians Ltd | ...6223 |

| Aggregation Code: ____ | Trade or Business: 1120S, Line 21 |
|---|---|
| | EIN: ____ 36223 |

Check if activity is **NOT** a qualified trade/business . . . . ☑
Specified Service Trade or Business? . . . . . . . . . ☑ X Yes ☐ No

**QBI or qualified PTP items subject to shareholder-specific determinations:**

| | | | | |
|---|---|---|---:|---:|
| 1 a | Ordinary business income (loss) . . . . . . . . . . . . . . . . 1 a | | 65,799. | |
| b | Adjustments . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c | Adjusted ordinary business income (loss) . . . . . . . . . . . . . . . | 1 c | | 65,799. |
| 2 a | Rental income (loss) . . . . . . . . . . . . . . . . . . . 2 a | | | |
| b | Adjustments . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c | Adjusted rental income (loss) . . . . . . . . . . . . . . . . . | 2 c | | |
| 3 a | Royalty income (loss) . . . . . . . . . . . . . . . . . . . 3 a | | | |
| b | Adjustments . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c | Adjusted royalty income (loss) . . . . . . . . . . . . . . . . . | 3 c | | |
| 4 a | Section 1231 gain (loss) . . . . . . . . . . . . . . . . . . 4 a | | | |
| b | Adjustments . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c | Adjusted section 1231 gain (loss). . . . . . . . . . . . . . . . | 4 c | | |
| 5 | Other income (loss) . . . . . . . . . . . . . . . . . . . . 5 | | | |
| 6 a | Section 179 deduction . . . . . . . . . . . . . . . . . . . 6 a | | | |
| b | Adjustments . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c | Adjusted section 179 deduction . . . . . . . . . . . . . . . . | 6 c | | |
| 7 | Charitable contributions . . . . . . . . . . . . . . . . . . . 7 | | | |
| 8 | Other deductions . . . . . . . . . . . . . . . . . . . . . 8 | | | |
| 9 a | W-2 wages . . . . . . . . . . . . . . . . . . . . . . 9 a | | 704,608. | |
| b | Adjustments . . . . . . . . . . . . . . . . . . . . . . . b | | | |
| c | Adjusted W-2 Wages . . . . . . . . . . . . . . . . . . . | 9 c | | 704,608. |
| 10 a | UBIA of qualified property . . . . . . . . . . . . . . . . 10 a | | | |
| b | Adjustments . . . . . . . . . . . . . . . . . . . . . . . b | | 392,517. | |
| c | Adjusted UBIA of qualified property . . . . . . . . . . . . . . | 10 c | | 392,517. |

spsw9906.SCR  04/20/20

# Additional information from your 2019 US Form 1120S: Income Tax Return for S Corp

**Form 1120S: S-Corporation Tax Return**
**Other Deductions**     **Continuation Statement**

| Description | Amount |
|---|---|
| Auto | 10,730. |
| Bank Charges | 5,274. |
| Contract Labor & Expenses | 79,411. |
| Data Processing Charges | 11,857. |
| Equipment Rental | 2,055. |
| Insurance | 56,584. |
| Technology | 58,439. |
| Meals (50%) | 1,479. |
| Lab Fees & Supplies | 367. |
| Legal & Professional | 15,324. |
| Merchant Processing Charges | 1,054. |
| Medical Supplies | 41,795. |
| Office & Admin | 21,582. |
| Radiologist | 8,555. |
| Reimbursable Expenses | 13,048. |
| Stationery & Printing | 1,342. |
| Travel | 760. |
| Utilities | 23,000. |
| **Total** | 352,656. |

**Fill in this information to identify the case:**

Debtor name    **Urgent Care Physicians, Ltd.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**July 15, 2021**__    X */s/ Bobby B. Yun*
                                    Signature of individual signing on behalf of debtor

                                    **Bobby B. Yun**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Urgent Care Physicians, Ltd.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AmEx Amazon Business PO Box 650448 Dallas, TX 75265-0448** | | **Credit Card** | | | | $15,081.00 |
| **Bank of America, N.A. 600 North Cleveland Ave. Suite 300 Westerville, OH 43082** | | **All property as set forth in GBSA / UCC-1** | | $339,739.19 | $268,370.59 | $71,368.60 |
| **BMO Harris Bank 111 West Monroe Street Chicago, IL 60603** | | **Overdraft Protection** | | | | $3,651.53 |
| **BoA MC Business Card PO Box 15796 Wilmington, DE 19886-5796** | | **Credit Card** | | | | $29,408.63 |
| **Chase SW VISA Cardmember Service PO Box 6294 Carol Stream, IL 60197-6294** | | **Credit Card** | | | | $29,472.47 |
| **Citi VISA Costco Business PO Box 9001016 Louisville, KY 40290-1016** | | **Credit Card** | | | | $31,526.84 |
| **Dr. Matthew Bennett Estrella Pediatrics 9305 West Thomas Road, Suites 125 and 57 Phoenix, AZ 85037** | | **Company startup loan of $100k in 2014; add'l loan of $50k in 2017** | | | | $150,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dr. Sourasack Vongsa, MD 1376 Whispering Pines Lane Neenah, WI 54956 | | Judgment entered in Outagamie County Case Number 2020CV000186 | | | | $231,938.55 |
| Fundbox 6900 Dallas Pkwy, Suite 700 Plano, TX 75024 | | Unsecured loan | | | | $46,081.27 |
| Gray Television Group, Inc. 115 South Jefferson Street Green Bay, WI 54301 | | Judgment in Outagamie County Case # 19-SC-3384 | | | | $6,728.69 |
| Jose Dias, M.D. 1600 Gershwin Lane Neenah, WI 54956 | | Judgment entered in Outagamie County Case Number 2018CV001126 | | | | $110,781.35 |
| River Valley One, LLC 230 Ohio Street, Suite 200 Oshkosh, WI 54902 | | Disputed balance arising from terminated lease of premises at 600 North Koeller, Oshkosh, WI | Contingent Unliquidated Disputed | | | $115,340.36 |
| U.S. Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203 | | All property as set forth in GBSA / UCC-1 | | $150,000.00 | $0.00 | $150,000.00 |
| U.S. Small Business Administration 2 North Street, Suite 320 Birmingham, AL 35203 | | PPP Loan (forgivable) | Subject to Setoff | | | $10,009.25 |

Debtor name    **Urgent Care Physicians, Ltd.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................    $ _____ 0.00

    **1b. Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................................    $ _____ 268,370.59

    **1c. Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................................    $ _____ 268,370.59

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ 489,739.19

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $ _____ 0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$ _____ 852,091.36

4.  **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b

| $ | 1,341,830.55 |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor name   **Urgent Care Physicians, Ltd.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BMO Checking** | **Checking** | **5373** | $164.14 |
| 3.2. | **Bank of America Checking** | **Checking** | **3569** | $3,610.27 |
| 3.3. | **Wolf River Community Bank ($0 balance, not used, will be closed shortly)** | **Checking** | **2480** | $0.00 |
| 3.4. | **Wolf River Community Bank ($0 balance, not used, will be closed shortly)** | **Savings** | **5564** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $3,774.41 |
|---|

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:      **183,375.00**    -    **71,345.00** =....      **$112,030.00**
                         face amount              doubtful or uncollectible accounts
                         **See Attached Summary**

11b. Over 90 days old:      **21,415.00**    -    **21,415.00** =....      **$0.00**
                        face amount              doubtful or uncollectible accounts
            **See attached summary (doubtful collectability; not including civil judgments)**

11b. Over 90 days old:      **52,892.84**    -    **52,892.84** =....      **$0.00**
                        face amount              doubtful or uncollectible accounts
                  **See attached summary of civil judgments (doubtful collectability)**

12.     **Total of Part 3.**                                          **$112,030.00**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and** | | | |

**communication systems equipment and software**
**Fixed Assets (computer equipment, furniture**
**and fixtures, leasehold improvements, and**
**medical equipment) - book value less**
**depreciation**                                    $152,566.18                    $152,566.18

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                        | $152,566.18 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,774.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $112,030.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $152,566.18 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $268,370.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $268,370.59 |

| Case Info | Judgment Date | Judgment Amount |
|---|---|---|
| Outagamie County Case Number 2021TJ000092 Appleton Emergency Services et al vs. Alex Mark Ashman | 7/6/2021 | $ 1,835.31 |
| Outagamie County Case Number 2021SC001345 Appleton Emergency Services et al vs. Julie P Moravchik | 6/7/2021 | $ 257.21 |
| Winnebago County Case Number 2021SC000596 Appleton Emergency Services et al vs. Donald Rivord | 4/14/2021 | $ 1,121.27 |
| Winnebago County Case Number 2021SC000594 Appleton Emergency Services et al vs. Jordin A. Stone | 4/14/2021 | $ 2,958.84 |
| Outagamie County Case Number 2021SC000740 Clintonville Area Ambulance Service et al vs. Thomas J Czajka | 4/12/2021 | $ 490.15 |
| Calumet County Case Number 2021SC000072 Urgent Care Physicians et al vs. Bee Lee Xiong et al | 3/23/2021 | $ 969.50 |
| Winnebago County Case Number 2021SC000144 Primary Care Associates of Appleton et al vs. Diana Chavez-Mcmillin et al | 2/17/2021 | $ 2,387.03 |
| Outagamie County Case Number 2021SC000139 Appleton Emergency Services et al vs. Aaron M. Raschka et al | 2/8/2021 | $ 133.06 |
| Outagamie County Case Number 2020SC002042 Appleton Emergency Services et al vs. Mikaela Mcmullen | 9/28/2020 | $ 577.36 |
| Outagamie County Case Number 2020SC001505 Appleton Emergency Services et al vs. Leah Feldkamp et al | 8/4/2020 | $ 261.79 |
| Winnebago County Case Number 2020SC001488 Kern Tools et al vs. Nathian Kaiser | 9/4/2020 | $ 3,656.34 |
| Outagamie County Case Number 2020SC001388 Appleton Emergency Services et al vs. Jordan P Olk | 7/20/2020 | $ 252.50 |
| Outagamie County Case Number 2020SC001300 Appleton Emergency Services et al vs. David & Krista Serrato | 7/13/2020 | $ 363.35 |
| Outagamie County Case Number 2020C001253 Appleton Emergency Services et al vs. Matthew Zeller et al | 7/6/2020 | $ 163.22 |
| Winnebago County Case Number 2020SC001068 Neuroscience Group et al vs. Sheryl Dingman | 6/24/2020 | $ 2,442.76 |
| Winnebago County Case Number 2020SC001063 Urgent Care Physicians et al vs. Tracy R. Wrobel | 6/24/2020 | $ 779.11 |
| Winnebago County Case Number 2020SC001059 Primary Care Associates of Appleton et al vs. Brianna C. Bernard | 6/24/2020 | $ 884.95 |
| 2020SC001090 Appleton Emergency Services et al vs. Sheena K Myers | 6/15/2020 | $ 135.12 |

| | | | |
|---|---|---|---|
| Winnebago County Case Number 2020SC00805 Anesthesia Services Fox Valley et al vs Shannon Hayes et al | 9/15/2020 | $ | 1,221.39 |
| Outagamie County Case Number 2020SC000721 Neuroscience Group et al vs. Wendy Lee Holten | 8/18/2020 | $ | 268.60 |
| Outagamie County Case Number 2020SC000716 Appleton Emergency Services et al vs. Richard M. Kayser | 6/8/2020 | $ | 264.00 |
| Winnebago County Case Number 2020SC000509 Appleton Emergency Services et al vs. Brandon James Smith | 3/11/2020 | $ | 2,246.72 |
| Calumet County Case Number 2020SC000061 Appleton Emergency Services et al vs. Ashley Lynn Schmitt | 3/31/2020 | $ | 5,105.12 |
| Winnebago County Case Number 2020SC000244 Neuroscience Group et al vs. Adam J. Tate et al | 2/19/2020 | $ | 4,130.81 |
| Calumet County Case Number 2020SC000764 Urgent Care Physicians vs. Connie Meetz | 1/21/2020 | $ | 1,095.58 |
| Calumet County Case Number 2020SC000763 Urgent Care Physicians et al vs. John Bernard Packett et al | 1/21/2020 | $ | 2,818.99 |
| Brown County Case Number 2019SC0006948 Urgent Care Physicians et al vs. Joy Saunders-Burgbacher | 1/8/2020 | $ | 2,416.06 |
| Outagamie County Case Number 2019SC003677 Urgent Care Physicians et al vs. Tanya Ann Frye | 12/16/2019 | $ | 879.77 |
| Outagamie County Case Number 2019SC003674 Appleton Emergency Services et al vs. Jennifer R Baumgart et al | 12/16/2019 | $ | 999.70 |
| Winnebago County Case Number 2019SC003635 Urgent Care Physicians vs. Thomas Perry Jr. | 12/11/2019 | $ | 888.12 |
| Winnebago County Case Number 2019SC003632 Urgent Care Physicians vs. Anthony S Laux et al | 12/11/2019 | $ | 892.53 |
| Winnebago County Case Number 2019SC003631 Appleton Emergency Services et al vs. Alex Mark Ashman | 12/11/2019 | $ | 1,825.31 |
| Brown County Case Number 2019SC005465 Primary Care Associates of Appleton et al vs. Tobin James Rueckl | 11/6/2019 | $ | 2,529.04 |
| Outagamie County Case Number 2019SC002802 Urgent Care Physicians et al vs. Lisa Ann Young | 10/14/2019 | $ | 686.44 |
| Outagamie County Case Number 2019SC002685 Primary Care Associates of Appleton et al vs. Kaitlynn R Searl | 9/30/2019 | $ | 227.31 |
| Winnebago County Case Number 2019SC002747 Anesthesia Services Fox Valley et al vs. Joshua B Lincoln et al | 9/27/2019 | $ | 176.75 |

| | | | |
|---|---|---|---|
| Winnebago County Case Number 2019SC0002746 Anesthesia Services Fox Valley et al vs. Rochelle L Veach et al | 9/25/2019 | $ | 1,230.29 |
| Outagamie County Case Number 2019SC002443 Primary Care Associates of Appleton et al vs. Dena Rose Wyngaard | 9/9/2019 | $ | 264.60 |
| Calumet County Case Number 2019SC000474 Urgent Care Physicians vs. Jay Lee Nelson et al | 9/24/2019 | $ | 782.71 |
| Winnebago County Case Number 2019SC002295 Parkside West Dental et al vs. Michael James Neumann | 10/1/2019 | $ | 437.16 |
| Waupaca County Case Number 2019SC000640 Urgent Care Physicians et al vs. Justin Daniel Henry | 8/12/2019 | $ | 487.29 |
| Outagamie County Case Number 2017SC003075 Urgent Care Physicians Ltd vs. Robert Hafkey et al | 11/27/2017 | $ | 1,349.68 |
| **Total:** | | **$** | **52,892.84** |

| Days Past Due | Payor | Outstanding Amount | Anticipated Recovery Percentage | Anticipated Recovery | Anticipated Writeoff | Notes / Explanation |
|---|---|---|---|---|---|---|
| Active / Current | Insurance | $ 114,900.00 | 58.33% | $ 67,025.00 | $ 47,875.00 | Negotiated Contract Writeoff |
| | Employer Groups | $ 3,600.00 | 100% | $ 3,600.00 | $ - | |
| | Patient Responsibility | $ 25,800.00 | 90% | $ 23,220.00 | $ 2,580.00 | Approx 10% typically end up delinquent / in collections |
| | | $ 144,300.00 | | $ 93,845.00 | $ 50,455.00 | |
| 0-30 Days | Insurance | $ 6,900.00 | 58.33% | $ 4,025.00 | $ 2,875.00 | Negotiated Contract Writeoff |
| | Employer Groups | $ 3,800.00 | 100% | $ 3,800.00 | $ - | |
| | Patient Responsibility | $ 12,800.00 | 50% | $ 6,400.00 | $ 6,400.00 | Approx 50% typically end up delinquent / in collections |
| | | $ 23,500.00 | | $ 14,225.00 | $ 9,275.00 | |
| 31-60 Days | Insurance | $ 2,300.00 | 58.33% | $ 1,341.67 | $ 958.33 | Negotiated Contract Writeoff |
| | Employer Groups | $ 725.00 | 100% | $ 725.00 | $ - | |
| | Patient Responsibility | $ 6,300.00 | 20% | $ 1,260.00 | $ 5,040.00 | Approx 80% typically end up delinquent / in collections |
| | | $ 9,325.00 | | $ 3,326.67 | $ 5,998.33 | |
| 61-90 Days | Insurance | $ 1,000.00 | 58.33% | $ 583.33 | $ 416.67 | Negotiated Contract Writeoff |
| | Employer Groups | $ 50.00 | 100% | $ 50.00 | $ - | |
| | Patient Responsibility | $ 5,200.00 | 0% | $ - | $ 5,200.00 | Approx 100% typically end up delinquent / in collections |
| | | $ 6,250.00 | | $ 633.33 | $ 5,616.67 | |
| | **TOTALS (under 90 days delinquent):** | $ 183,375.00 | | $ 112,030.00 | $ 71,345.00 | |
| | | | | 61.09% | 38.91% | |
| 91+ Days (does not include civil judgments) | Insurance | $ - | 58.33% | $ - | $ - | Negotiated Contract Writeoff |
| | Employer Groups | $ - | 100% | $ - | $ - | |
| | Patient Responsibility | $ 21,415.00 | 0% | $ - | $ 21,415.00 | Approx 100% typically end up delinquent / in collections |
| | **TOTALS (90+ days delinquent):** | $ 21,415.00 | | $ - | $ 21,415.00 | |
| | | | | 0.00% | 100.00% | |

Fill in this information to identify the case:

Debtor name **Urgent Care Physicians, Ltd.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

---

**2.1** **Bank of America, N.A.**
Creditor's Name

**600 North Cleveland Ave.**
**Suite 300**
**Westerville, OH 43082**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/14/2014**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All property as set forth in GBSA / UCC-1**

Describe the lien
**GBSA**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$339,739.19**  Column B: **$268,370.59**

---

**2.2** **U.S. Small Business Administration**
Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**5/28/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All property as set forth in GBSA / UCC-1**

Describe the lien
**GBSA (EIDL program)**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$150,000.00**  Column B: **$0.00**

---

Official Form 206D   Schedule D: Creditors Who Have Claims Secured by Property   page 1 of 2

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$489,739.19**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
|  |  |  |

Debtor name **Urgent Care Physicians, Ltd.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Department of Workforce**<br>**Development**<br>**Division of Unemployment**<br>**Insurance**<br>**Collections - Tax**<br>**P.O. Box 7945**<br>**Madison, WI 53707-7945** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Wisconsin Department of Revenue**
**Special Procedures Unit**
**P.O. Box 8901**
**Madison, WI 53708-8901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,081.00 |
|---|---|---|---|

**AmEx Amazon Business**
**PO Box 650448**
**Dallas, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1002**

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,651.53 |
|---|---|---|---|

**BMO Harris Bank**
**111 West Monroe Street**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Overdraft Protection**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,408.63 |
|---|---|---|---|

**BoA MC Business Card**
**PO Box 15796**
**Wilmington, DE 19886-5796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0450**

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,077.82 |
|---|---|---|---|

**Bobby B. Yun, MD**
**2979 Lennon Lane**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Shareholder Loan**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,472.47 |
|---|---|---|---|

**Chase SW VISA**
**Cardmember Service**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3960**

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,526.84 |
|---|---|---|---|

**Citi VISA Costco Business**
**PO Box 9001016**
**Louisville, KY 40290-1016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0720**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,000.00 |
|---|---|---|---|

**Dr. Matthew Bennett**
**Estrella Pediatrics**
**9305 West Thomas Road, Suites 125 and 57**
**Phoenix, AZ 85037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2014; 2017**

Last 4 digits of account number _

Basis for the claim:  **Company startup loan of $100k in 2014; add'l loan of $50k in 2017**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231,938.55 |
|---|---|---|---|

**Dr. Sourasack Vongsa, MD**
**1376 Whispering Pines Lane**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/3/2020**

Last 4 digits of account number _

Basis for the claim:  **Judgment entered in Outagamie County Case Number 2020CV000186**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,081.27 |
|---|---|---|---|

**Fundbox**
**6900 Dallas Pkwy, Suite 700**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,728.69 |
|---|---|---|---|

**Gray Television Group, Inc.**
**115 South Jefferson Street**
**Green Bay, WI 54301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Judgment in Outagamie County Case # 19-SC-3384**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,781.35 |
|---|---|---|---|

**Jose Dias, M.D.**
**1600 Gershwin Lane**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/23/2020**

Last 4 digits of account number _

Basis for the claim:  **Judgment entered in Outagamie County Case Number 2018CV001126**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115,340.36 |
|---|---|---|---|

**River Valley One, LLC**
**230 Ohio Street, Suite 200**
**Oshkosh, WI 54902**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018-2019**

Last 4 digits of account number _

Basis for the claim:  **Disputed balance arising from terminated lease of premises at 600 North Koeller, Oshkosh, WI**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Urgent Care Physicians, Ltd.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,009.25** |
|---|---|---|---|

**U.S. Small Business Administration**
**2 North Street, Suite 320**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __PPP Loan (forgivable)__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Vallier Law, LLC**
**Attn: Jennifer Vallier**
**11015 West Oklahoma Ave.**
**#270734**
**Milwaukee, WI 53227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __NOTICE ONLY; attorney for Dial Realty-Appleton,__
__L.L.C.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,993.60** |
|---|---|---|---|

**Yuniq Care, Inc.**
**2979 Lennon Lane**
**Neenah, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Unsecured loan__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney Barry Gill**<br>**Gill & Gill, S.C.**<br>**501 South Nicolet Road**<br>**Appleton, WI 54914** | Line  __3.11__ <br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Attorney Jason Hirschberg**<br>**601 Oregon Street, Ste A**<br>**Oshkosh, WI 54902** | Line  __3.12__ <br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Attorney Michael W. Curry**<br>**McCarty Law LLP**<br>**2401 E. Enterprise Ave.**<br>**Appleton, WI 54913-7887** | Line  __3.8__ <br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Insolvency Unit West 17, Grp 4-Milwaukee**<br>**Organization Code: SES:C:AIQ:WI7**<br>**211 W. Wisconsin Ave, Stop 5301**<br>**Milwaukee, WI 53203-2221** | Line  __2.2__ <br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 852,091.36 |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $    852,091.36

Debtor name **Urgent Care Physicians, Ltd.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of premises at 3329 East Express Court, Appleton, WI; monthly base rent payment of $8,840.00 beginning Dec 1, 2021 through Dec 1, 2021, with add'l option for 5-year extension**<br><br>**Dial Realty-Appleton, L.L.C.**<br>**c/o Charles E. Gabaldon**<br>**311 E. Chicago Street**<br>**Suite 220**<br>**Milwaukee, WI 53202** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Contract for practice management software / electronic data storage (including patient records)**<br><br>**month to month**<br><br>**Experity**<br>**8777 Velocity Dr.**<br>**Machesney Park, IL 61115** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of x-ray machine - paid based on usage (approx $35/x-ray), but current agreement is to suspend payments through September as Debtor reorganizes**<br><br>**month to month**<br><br>**Yuniq Care, Inc.**<br>**2979 Lennon Lane**<br>**Neenah, WI 54956** |

Debtor name **Urgent Care Physicians, Ltd.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Bobby Yun** | **2979 Lennon Lane**<br>**Neenah, WI 54956** | **Bank of America, N.A.** | ■ D   **2.1** <br>☐ E/F _____ <br>☐ G _____ |
| 2.2 **Bobby Yun** | **2979 Lennon Lane**<br>**Neenah, WI 54956** | **Fundbox** | ☐ D _____ <br>■ E/F   **3.9** <br>☐ G _____ |

Debtor name **Urgent Care Physicians, Ltd.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $526,825.95 |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $1,142,868.62 |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $1,386,755.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Dial Realty-Appleton, L.L.C.** **c/o Charles E. Gabaldon** **311 E. Chicago Street** **Suite 220** **Milwaukee, WI 53202** | **Monthly rent of approx $10,700** | **$32,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.2. **Bank of America, N.A.** **600 North Cleveland Ave.** **Suite 300** **Westerville, OH 43082** | **Monthly** | **$13,500.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See line 30** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **River Valley One, LLC vs. Urgent Care Physicians, Ltd. c/o Registered Agents Inc. 20-CV-751** | **Money Judgment** | **Winnebago County Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Dr. Sourasack Vongsa MD vs. Urgent Care Physicians, Ltd.**<br>20-CV-186 | **Money Judgment** | **Outagamie County Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Gray Television Group, Inc. vs. Urgent Care Physicians, Ltd.**<br>19-SC-3384 | **Small Claims** | **Outagamie County Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Jose Dias MD vs. Urgent Care Physicians, Ltd.**<br>18-CV-1126 | **Money Judgment** | **Outagamie County Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **See attached list, including multiple small claims collection actions brought by Debtor as plaintiff or co-plaintiff** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **STEINHILBER SWANSON LLP**<br>**107 Church Avenue**<br>**Oshkosh, WI 54901** | | **6/21/2021** | **$5,000.00** |
| | **Email or website address**<br>**jmenn@steinhilberswanson.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **600 N Koeller St.**<br>**Oshkosh, WI 54902** | **07/2016 - 10/2018** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Urgent Care Physicians**<br>**3329 Express Court**<br>**Appleton, WI 54915** | **Urgent Care clinic** | **N/A** |
| | | **Location where patient records are maintained** *(if different from facility address). If electronic, identify any service provider.* | **How are records kept?** |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | **Cloud server maintained through Experity** | *Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

---

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☐ No.

   ■ Yes. State the nature of the information collected and retained.

     **Patent's name, picture of driver's license, vitals (sex, weight, height)**

     Does the debtor have a privacy policy about that information?
     ☐ No
     ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.

   ■ Yes. Does the debtor serve as plan administrator?

     ■ No Go to Part 10.
     ☐ Yes. Fill in below:

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
         ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Alberts & Heling, CPA's LLC**<br>**1977 American Drive**<br>**Neenah, WI 54956** | **2019 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Alberts & Heling, CPA's LLC**<br>**1977 American Drive**<br>**Neenah, WI 54956** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **American National Bank** |
| 26d.2.    **Nicolet Bank** |
| 26d.3.    **Wolf River Community Bank** |
| 26d.4.    **CoVantage Credit Union** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bobby B. Yun, MD** | | **President and majority shareholder** | **96.02338% interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mary Yun (f/k/a Mary Zack), RN** | | **Director, Shareholder** | **1.92983% interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| David Beck, MD | | Shareholder | 1.81287% interest |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Reynaldo F. Guzman, RN | | Shareholder | 0.23392% interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Bobby B. Yun, MD | $273,961 | last year (7/1/2020 - 6/30/2021) | Wages ($225,961); expense reimbursements ($48,000) |
| | **Relationship to debtor** President, Majority Shareholder, Attending Physician | | | |
| 30.2. | Mary Yun, RN | $70,961 | last year last year (7/1/2020 - 6/30/2021) | Wages |
| | **Relationship to debtor** Shareholder, RN | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 15, 2021**

**/s/ Bobby B. Yun**                                                      **Bobby B. Yun**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

| Case Info | Judgment / Dismissal Date | Judgment Amount | Disposition |
|---|---|---|---|
| Winnebago County Case Number 2021SC001623 Appleton Emergency Services et al vs. Amber Deutscher | 8/4/2021 | Pending | Return Date |
| Outagamie County Case Number 2021TJ000092 Appleton Emergency Services et al vs. Alex Mark Ashman | 7/6/2021 | $ 1,835.31 | Judgment |
| Outagamie County Case Number 2021SC001345 Appleton Emergency Services et al vs. Julie P Moravchik | 6/7/2021 | $ 257.21 | Judgment |
| Calumet County Case Number 2021SC000063 Appleton Emergency Services et al vs. Emily G. Weinert et al | 5/7/2021 | | Stipulated Dismissal |
| Winnebago County Case Number 2021SC000914 Urgent Care Physicians vs. Neal J Furman | 5/3/2021 | | Stipulated Dismissal |
| Outagamie County Case Number 2021SC000741 Appleton Emergency Services et al vs. Kaitlynne M Hunke | 5/3/2021 | | Stipulated Dismissal |
| Winnebago County Case Number 2020CV00751 River Valley One, LLC vs. Urgent Care Physicians, Ltd. c/o Registered Agents Inc. | 4/19/2021 | | Stipulated Dismissal |
| Outagamie County Case Number 2021SC000739 Appleton Emergency Services et al vs. Stephanie J Wagner-Kraus | 4/16/2021 | | Stipulated Dismissal |
| Winnebago County Case Number 2021SC000596 Appleton Emergency Services et al vs. Donald Rivord | 4/14/2021 | $ 1,121.27 | Judgment |
| Winnebago County Case Number 2021SC000594 Appleton Emergency Services et al vs. Jordin A. Stone | 4/14/2021 | $ 2,958.84 | Judgment |
| Outagamie County Case Number 2021SC000740 Clintonville Area Ambulance Service et al vs. Thomas J Czajka | 4/12/2021 | $ 490.15 | Judgment |
| Calumet County Case Number 2021SC000072 Urgent Care Physicians et al vs. Bee Lee Xiong et al | 3/23/2021 | $ 969.50 | Judgment |
| Outagamie County Case Number 2021SC000337 Fletcher Chiropractic et al vs. Ashley R. Miller et al | 3/22/2021 | | Vacated Judgment |
| Winnebago County Case Number 2021SC000363 Shaun P. McDonald MD et al vs. Jodi Garcia | 3/16/2021 | | Letter of Dismissal |
| Outagamie County Case Number 2021SC000697 Appleton Emergency Services et al vs. Sonja Telin et al | 3/15/2021 | | Letter of Dismissal |
| Winnebago County Case Number 2021SC000144 Primary Care Associates of Appleton et al vs. Diana Chavez-Mcmillin et al | 2/17/2021 | $ 2,387.03 | Judgment |
| Outagamie County Case Number 2021SC000042 Appleton Emergency Services et al vs. Matthew A. Schober | 2/10/2021 | | Stipulated Dismissal |
| Outagamie County Case Number 2021SC000139 Appleton Emergency Services et al vs. Aaron M. Raschka et al | 2/8/2021 | $ 133.06 | Judgment |

| | | | |
|---|---|---|---|
| Outagamie County Case Number 2021SC000138 Appleton Emergency Services et al vs. John C. Turner | 2/5/2021 | | Stipulated Dismissal |
| Outagamie County Case Number 2020SC002042 Appleton Emergency Services et al vs. Mikaela Mcmullen | 9/28/2020 | $ 577.36 | Judgment |
| Outagamie County Case Number 2020SC002034 Appleton Emergency Services et al vs. Kelly A Socha et al | 9/23/2020 | | Stipulated Dismissal |
| Calumet County Case Number 2020SC00261 Primary Care Associates of Appleton et al vs. Kris A Sherry et al | 8/25/2020 | | Dismissed |
| Outagamie County Case Number 2020SC001584 Appleton Emergency Services et al vs. George Louvaris et al | 8/19/2020 | | Dismissed - Vacate Judgment |
| Winnebago County Case Number 2020SC001488 Kern Tools et al vs. Nathian Kaiser | 9/4/2020 | $ 3,656.34 | Judgment |
| Outagamie County Case Number 2020SC001514 Appleton Emergency Services et al vs. Beth A Kimmel | 7/31/2020 | | Dismissed |
| Outagamie County Case Number 2020SC001505 Appleton Emergency Services et al vs. Leah Feldkamp et al | 8/4/2020 | $ 261.79 | Judgment |
| Outagamie County Case Number 2020SC001390 Appleton Emergency Services et al vs. Allen P. Serling | 7/6/2020 | | Stipulated Dismissal |
| Outagamie County Case Number 2020SC001388 Appleton Emergency Services et al vs. Jordan P Olk | 7/20/2020 | $ 252.50 | Judgment |
| Outagamie County Case Number 2020SC001300 Appleton Emergency Services et al vs. David & Krista Serrato | 7/13/2020 | $ 363.35 | Judgment |
| Outagamie County Case Number 2020C001253 Appleton Emergency Services et al vs. Matthew Zeller et al | 7/6/2020 | $ 163.22 | Judgment |
| Outagamie County Case Number 2020SC001246 Appleton Emergency Services et al vs. Trevor J Vanpatter | 6/26/2020 | | Dismissed |
| Winnebago County Case Number 2020SC001068 Neuroscience Group et al vs. Sheryl Dingman | 6/24/2020 | $ 2,442.76 | Judgment |
| Winnebago County Case Number 2020SC001063 Urgent Care Physicians et al vs. Tracy R. Wrobel | 6/24/2020 | $ 779.11 | Judgment |
| Winnebago County Case Number 2020SC001059 Primary Care Associates of Appleton et al vs. Brianna C. Bernard | 6/24/2020 | $ 884.95 | Judgment |
| Outagamie County Case Number 2020SC001090 Appleton Emergency Services et al vs. Sheena K Myers | 6/15/2020 | $ 135.12 | Judgment |
| Winnebago County Case Number 2020SC00805 Anesthesia Services Fox Valley et al vs Shannon Hayes et al | 9/15/2020 | $ 1,221.39 | Judgment |
| Winnebago County Case Number 2020SC000793 Anesthesia Services Fox Valley et al vs. Kathleen Griese et al | 10/28/2020 | $ 1,652.32 | Judgment - Full Satisfaction |

| | | | |
|---|---|---|---|
| Outagamie County Case Number 2020SC000721 Neuroscience Group et al vs. Wendy Lee Holten | 8/18/2020 | $ 268.60 | Judgment |
| Outagamie County Case Number 2020SC000716 Appleton Emergency Services et al vs. Richard M. Kayser | 6/8/2020 | $ 264.00 | Judgment |
| Outagamie County Case Number 2020SC000711 Appleton Ermergency Services et al vs. Sarah J Meulemans-Mchugh | 6/8/2020 | | Stipulated Dismissal |
| Winnebago County Case Number 2020SC000509 Appleton Emergency Services et al vs. Brandon James Smith | 3/11/2020 | $ 2,246.72 | Judgment |
| Outagamie County Case Number 2020CV000186 Dr. Sourasack Vongsa MD vs. Urgent Care Physicians, Ltd. | 8/3/2020 | $ 231,938.55 | Judgment |
| Calumet County Case Number 2020SC000061 Appleton Emergency Services et al vs. Ashley Lynn Schmitt | 3/31/2020 | $ 5,105.12 | Judgment |
| Outagamie County Case Number 2020SC000480 Appleton Emergency Services et al vs. Steven C Malsavage et al | 2/28/2020 | | Stipulated Dismissal |
| Winnebago County Case Number 2020SC000247 Appleton Emergency Services et al vs. Geryd Lee Steffek | 1/31/2020 | | Stipulated Dismissal |
| Winnebago County Case Number 2020SC000244 Neuroscience Group et al vs. Adam J. Tate et al | 2/19/2020 | $ 4,130.81 | Judgment |
| Outagamie County Case Number 2020SC000133 Neuroscience Group et al vs. Aleeshia V Dettloff et al | 2/3/2020 | | Stipulated Dismissal |
| Winnebago County Case Number 2019SC004181 Neuroscience Group et al vs. Joshua P Fieldhack | 1/29/2020 | | Dismissed |
| Calumet County Case Number 2019SC000765 Neuroscience Group et al vs. Jesse C Rupiper et al | 1/17/2020 | | Dismissed |
| Calumet County Case Number 2020SC000764 Urgent Care Physicians vs. Connie Meetz | 1/21/2020 | $ 1,095.58 | Judgment |
| Calumet County Case Number 2020SC000763 Urgent Care Physicians et al vs. John Bernard Packett et al | 1/21/2020 | $ 2,818.99 | Judgment |
| Outagamie County Case Number 2019SC003975 Appleton Emergency Services et al vs. Jason W Pieters et al | 1/9/2020 | | Stipulated Dismissal |
| Brown County Case Number 2019SC0006948 Urgent Care Physicians et al vs. Joy Saunders-Burgbacher | 1/8/2020 | $ 2,416.06 | Judgment |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **Urgent Care Physicians, Ltd.**

Case No.

Debtor(s)

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | TBD at hourly rates |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | TBD at hourly rates |

2.  The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Services requiring special expertise not available in-house.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 15, 2021**

*Date*

**/s/ John W. Menn**
**John W. Menn 1073739**
*Signature of Attorney*
**STEINHILBER SWANSON LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690  Fax: 920-426-5530**
**jmenn@steinhilberswanson.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re __Urgent Care Physicians, Ltd.__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 15, 2021__

Signature __/s/ Bobby B. Yun__
__Bobby B. Yun__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re   **Urgent Care Physicians, Ltd.**      Case No. _____

                              Debtor(s)      Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 15, 2021**                 **/s/ Bobby B. Yun**

                                      **Bobby B. Yun/President**
                                      Signer/Title

AmEx Amazon Business
PO Box 650448
Dallas, TX 75265-0448

Attorney Barry Gill
Gill & Gill, S.C.
501 South Nicolet Road
Appleton, WI 54914

Attorney Jason Hirschberg
601 Oregon Street, Ste A
Oshkosh, WI 54902

Attorney Michael W. Curry
McCarty Law LLP
2401 E. Enterprise Ave.
Appleton, WI 54913-7887

Bank of America, N.A.
600 North Cleveland Ave.
Suite 300
Westerville, OH 43082

BMO Harris Bank
111 West Monroe Street
Chicago, IL 60603

BoA MC Business Card
PO Box 15796
Wilmington, DE 19886-5796

Bobby B. Yun, MD
2979 Lennon Lane
Neenah, WI 54956

Bobby Yun
2979 Lennon Lane
Neenah, WI 54956

Chase SW VISA
Cardmember Service
PO Box 6294
Carol Stream, IL 60197-6294

Citi VISA Costco Business
PO Box 9001016
Louisville, KY 40290-1016

Department of Workforce Development
Division of Unemployment Insurance
Collections - Tax
P.O. Box 7945
Madison, WI 53707-7945

Dial Realty-Appleton, L.L.C.
c/o Charles E. Gabaldon
311 E. Chicago Street
Suite 220
Milwaukee, WI 53202

Dr. Matthew Bennett
Estrella Pediatrics
9305 West Thomas Road, Suites 125 and 57
Phoenix, AZ 85037

Dr. Sourasack Vongsa, MD
1376 Whispering Pines Lane
Neenah, WI 54956

Experity
8777 Velocity Dr.
Machesney Park, IL 61115

Fundbox
6900 Dallas Pkwy, Suite 700
Plano, TX 75024

Gray Television Group, Inc.
115 South Jefferson Street
Green Bay, WI 54301

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jose Dias, M.D.
1600 Gershwin Lane
Neenah, WI 54956

River Valley One, LLC
230 Ohio Street, Suite 200
Oshkosh, WI 54902

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

Vallier Law, LLC
Attn: Jennifer Vallier
11015 West Oklahoma Ave.
#270734
Milwaukee, WI 53227

```
Wisconsin Department of Revenue
Special Procedures Unit
P.O. Box 8901
Madison, WI 53708-8901

Yuniq Care, Inc.
2979 Lennon Lane
Neenah, WI 54956
```

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Urgent Care Physicians, Ltd.**

                                              Debtor(s)

Case No. 

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Urgent Care Physicians, Ltd.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 15, 2021

Date

**/s/ John W. Menn**

**John W. Menn 1073739**

Signature of Attorney or Litigant

Counsel for   **Urgent Care Physicians, Ltd.**

**STEINHILBER SWANSON LLP**

**107 Church Avenue**

**Oshkosh, WI 54901**

**920-235-6690 Fax:920-426-5530**

**jmenn@steinhilberswanson.com**